

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAY 14  PM 1:52

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-078-O |
| | (Supersedes Indictment returned April 16, 2014, adding Defendants Herrera-Munoz, Coronado, and Kilcrease only) |
| ANGEL MARIO HERRERA-MUNOZ   (37) | |
| JUAN ALBERT CORONADO   (38) | |
| JODI RENEE KILCREASE   (39) | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning before April 2014, and continuing until on or about April 25, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Angel Mario Herrera-Munoz** and **Juan Albert Coronado**, together with Christopher Cross Gomez and Jessica Veronica Mendez, not named as defendants herein, and others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

      In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

**Superseding Indictment - Page 1**

Count Two

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning before April 2014, and continuing until on or about April 25, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Jodi Renee Kilcrease**, along with Robert Douglas Randolf, not named as a defendant herein, and others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

A TRUE BILL.

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Superseding Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ANGEL MARIO HERRERA-MUNOZ (37)
JUAN ALBERT CORONADO (38)
JODI RENEE KILCREASE (39)

SUPERSEDING INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(COUNT 1)

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(COUNT 2)

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 14th day of May, A.D. 2014.

Defendants Herrera-Munoz and Kilcrease in custody. Defendant Coronado warrant to issue.

UNITED STATES DISTRICT JUDGE
(4:14-MJ-216 as to Angel Herrera-Munoz,
4:14-MJ-214 as to Jodi Kilcrease)